IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ ENRIQUE HERNÁNDEZ-CASTRODAD ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>HON. SIGFRIDO STEIDEL,<br><br>Defendant. | CIV. NO.: 20-1507 (SCC) |

## JUDGMENT

In view of the Opinion and Order entered at Docket No. 26, all federal claims are dismissed and the Puerto Rico claims are dismissed without prejudice. Each party to bear its own costs, attorney's fees and expenses.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of September, 2021.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE