IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ ERNESTO HERNÁNDEZ-CASTRODAD, IRIS MARTA-MARCANO, AND CONJUGAL PARTNERSHIP HERNÁNDEZ-MARCANO, <br><br> Plaintiffs, <br><br> v. <br><br> SIGFRIDO STEIDEL-FIGUEROA IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE ADMINISTRATION OF TRIBUNALS OF PUERTO RICO, <br><br> Defendant. | CIV. NO. 20-1507 (SCC) |

**AMENDED JUDGMENT**

Pursuant to the Opinion and Orders at Docket Numbers 26, 34, and 72, this case is hereby dismissed. The plaintiffs' claims are dismissed as follows: (1) their takings and due process claims under the U.S. Constitution stemming from the defendant's alleged <u>total</u> deprivation of their interest that has accrued on funds deposited with the Puerto Rico courts are dismissed **without prejudice**, Docket Nos. 26, 34; (2) their takings and due process claims under the U.S.

Hernández-Castrodad v. Steidel-Figueroa                                    Page 2

Constitution stemming from the defendant <u>subtracting a 15% administrative fee</u> from their accrued interest are dismissed **with prejudice**, Docket Nos. 34 and 72; and (3) their claim under the Puerto Rico Constitution is dismissed **without prejudice**, Docket No. 34.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 13th day of July 2023.

<u>S/ SILVIA CARREÑO-COLL</u>
UNITED STATES DISTRICT COURT JUDGE